**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION** | Case No. 2:18-md-2846<br><br>Judge Edmund A. Sargus, Jr.<br>Magistrate Judge Kimberly A. Jolson |
| **This document relates to:**<br>*Droggs v. C.R. Bard, et al.*<br>Case No. 2:22-cv-3894 | |

## ORDER

This matter is before the Court on Defendants' motion to compel production of Plaintiff's Plaintiff Profile Form ("PPF") as required by Case Management Order No. 8 (Case No. 18-md-2846, ECF No. 57.)  Defendants' motion (ECF No. 3) is **GRANTED**.  Plaintiff is required to produce the completed PPF within thirty days or this case will be dismissed.

    **IT IS SO ORDERED.**


**5/16/2023**                                                           **s/Edmund A. Sargus, Jr.**
**DATE**                                                             **EDMUND A. SARGUS, JR.**
                                                                          **UNITED STATES DISTRICT JUDGE**